HHN

## MOTION UNDER 28 U.S.C. SECTION 2255
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

---

UNITED STATES                          )
                                       )
                                       )    08CV4963
                                       )    JUDGE BUCKLO
                                       )    MAGISTRATE JUDGE MASON
                                       )
v.                                     )
                                       )
                                       )    FILED lcw
JOANN BURROUGHS                        )
                                       )    AUG 2 9 2008
(Full name and prison number of        )    AUG 29 2008
movant)                                )    MICHAEL W. DOBBINS
                                            CLERK, U.S. DISTRICT COURT

IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE <u>FUTURE</u> UNDER
A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE
A MOTION IN THE FEDERAL COURT WHICH ENTERED THE JUDGMENT.

1.  Place of detention, or if on parole, date of parole release

    _Greenville Correctional Center_ .

2.  Name and location of court which sentence was imposed and name
    of judge who imposed the sentence which is now under attack.
    United States District Court, 219 South Dearborn Street
    U.S courthouse - 5th floor Chicago Ill, 60604 Elaine E. Bucklo

3.  Date of judgment of conviction:
    _____June 1, 2007_____

4.  Case number: _05 cr 424-2_

5.  Length of sentence: _22 months_

6.  Nature of offense involved (all counts): _Mail Fraud_
    _Counts 1, 18, 12, & 17_

7.  What was your plea?              (check one)

    (A)  Not guilty                  (    )
    (B)  Guilty                      ( ✓ )
    (C)  Nolo Contendere             (    )

8.  Kind of trial:                   (check one)

    (A)  Jury                        (    )
    (B)  Judge only                  ( ✓ )

9.  Did you testify at the trial?

    Yes ( ✓ )              No  (    )

10. Did you appeal from the judgment of conviction?

    Yes (    )             No  ( ✓ )

11. If you did appeal, answer the following:

    (A)  Name of court_____
                              N/A
    (B)  Result_____

    (C)  Date of result_____

12. Other than a direct appeal from the judgment of conviction and
    sentence, have you previously filed any petitions, appli-
    cations or motions with respect to this judgment in any
    federal court?

    Yes ( ✓ )             No  (    )

13. If your answer to (12) was **"YES,"** give the following information:

(A) (1) Name of court_United States District Court_

(2) Nature of proceeding____extention_____

(3) Grounds Raised__N/A_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ( )          No ( ✓ )

(5) Result_____

(6) Date of result_____

(B) As to any second petition, application or motion, give the same information:

(1) Name of the court_____

(2) Nature of proceeding_____

(3) Grounds Raised_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ( )          No ( ✓ )

(5) Result_____

(6) Date of result_____

(C) As to any third petition, application or motion, give the same information:

(1) Name of the court_____

(2) Nature of proceeding_____

(3) Grounds Raised_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?

Yes  (    )                    No    ( ✓ )

(5)  Result:_____

(6)  Date of result_____

(D)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1)  First petition, etc.     Yes  (    )     No  ( ✓ )

(2)  Second petition, etc.    Yes  (    )     No  ( ✓ )

(3)  Third petition, etc.     Yes  (    )     No  ( ✓ )

(E)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

14.  State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.   If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION:  IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.

A.   Ground one  requesting probation

_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law:

finicially supports family & was Not fully aware OR understood fully About the case.

B.    Ground two_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

C.    Ground three_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

Ground four_____

_____

Supporting FACTS (tell your story briefly without citing cases
or law:

_____

_____

_____

_____

_____

15.  If any of the grounds listed in 14 A, B, C, and D were not
     previously presented, state briefly what grounds were not so
     presented, and give your reasons for not presenting them:

_____

_____

_____

16.  Do you have any petition or appeal now pending in any court as
     to the judgment under attack?      Yes (   )      No (✓)

     (A)  If "YES," state the name of the court and the nature of
          the proceeding:_____

_____

_____

17.  Give the name and address, if known, of each attorney who
     represented you in the following stages of the judgment
     attacked herein:

     (A)  At preliminary hearing_____
          _Patrick King, Leonard Goodman_____

     (B)  At arraignment and plea_Patrick King, Leonard Goodman

_____

(C)   At trial_____

_____

(D)   At sentencing_____

_____

(E)   On appeal_____

_____

(F)   In any post-conviction proceeding_____

_____

(G)   On appeal from any adverse ruling in a post-conviction
      proceeding_____

_____

18.   Were you sentenced on more than one count of an indictment, or
      more than one indictment, in the same court and at
      approximately the same time?        Yes ( ✓ )       No (   )

19.   Do you have any future sentence to serve after you complete
      the sentence imposed by the judgment under attack?
                                     Yes (   )      No ( ✓ )

      (A)   If so, give the name and location of the court which
            imposed the sentence to be served in the future:_____

            _____

            _____

      (B)   And give the date and length of sentence to be served in
            the future:_____

            _____

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of attorney (if any)

Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/29/2008__
(date)

Signature of Movant